**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| KAWANA WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-3304 (ABJ) |
| | ) | |
| METAVERSE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MEMORANDUM

On May 16, 2025, the Court issued the following Minute Order:

> Based on the submission of Eduardo Jaramillo, ECF No. 7, it appears that Plaintiff sued the wrong Defendant, naming Metaverse, LLC rather than Meta Platforms. By May 30, 2025, Plaintiff either shall amend her complaint, or shall notify the Court that she dismisses this civil action voluntarily. If Plaintiff fails to file a timely response, the Court will dismiss the complaint and this civil action without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41.

To date, Plaintiff has not filed an amended complaint, or a notice of voluntary dismissal, or a motion for an extension of time to respond to the May 16, 2025, Minute Order. Accordingly, the Court will dismiss this civil action without prejudice for failure to prosecute.

An Order is issued separately.

DATE: July 3, 2025

/s/
AMY BERMAN JACKSON
United States District Judge